IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:14CR25 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| AMANDA GARDNER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Amanda Gardner (Gardner) (Filing No. 19). Gardner seeks a sixty-day continuance of the trial of this matter which is scheduled for April 14, 2014. Gardner's counsel represents that government's counsel has no objection to the motion. Gardner's counsel represents Gardner will file an affidavit whereby Gardner consents to the motion and acknowledges she understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Gardner's motion to continue trial (Filing No. 19) is granted.

2. Trial of this matter is re-scheduled for **June 9, 2014,** before Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **March 28, 2014, and June 9, 2014,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 28th day of March, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge